1

2

3

UNITED STATES DISTRICT COURT
4
WESTERN DISTRICT OF WASHINGTON
5                                AT TACOMA

6   Jeffrey Scott Ziegler ,

7                                Plaintiff,               Case No. 3:20-cv-05288-RJB-TLF

8            v.                                           ORDER

9   Correctional Industries ,

10                               Defendants.

11          This matter comes before the Court on plaintiff's motion for extension of time.

12  Dkt. 88. Plaintiff requests until August 21, 2023 to complete discovery. He further

13  requests, as a result, that the Court extend the remaining deadlines in the pretrial

14  scheduling order (Dkt. 87). Thus, the Court interprets plaintiff's motion as one to also

15  continue the dates in the current pretrial scheduling order.

16          Plaintiff indicates that due to changes in the law library staff at Stafford Creek

17  Corrections Center, inadequate law library access, and COVID 19-related restrictions,

18  he requires additional time to respond to defendants' discovery requests and compile

19  documents *See* Dkt. 88.

20          Defendants oppose plaintiff's request. Dkt. 89. Counsel states that plaintiff

21  received a tablet in December 2022, and has had access to the law library by using that

22  device. *See* Dkt. 90. Thus, plaintiff's argument that he has not had sufficient access to

23  the law library is unpersuasive.

24

25

ORDER - 1

1    Yet this is the first request for a continuance of the Court's deadlines, and plaintiff

2   states that he is an "unlearned person" who did not graduate from high school, and he

3   struggles with mental health and emotional disorders, all of which makes it more difficult

4   to him to keep up with discovery deadlines. Dkt. 88 at 2-3. Therefore, the Court grants

5   plaintiff's motion.

6    The pretrial scheduling order is amended as follows:

7    - All discovery shall be completed by August 21, 2023;

8    - Any motion to compel discovery shall be filed not later than September 5,

9      2023; and

10   - Any dispositive motion shall be filed and served by October 17, 2023

11

12  Dated this 27th day of June, 2023.

13

14

15

16  Theresa L. Fricke
    United States Magistrate Judge

17

18

19

20

21

22

23

24

25