UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY SCOTT ZIEGLER,<br><br>               Plaintiff,<br><br>   v.<br><br>KELLY DOWNING, correctional officer; N'TACIA MONTOUGE, correctional officer; JODIE M. WRIGHT; SCOTT LIGHT, P.A.C.; THOMAS L'HEUREUX; SARA SMITH-KARINKO, M.C.; SHERIDEN ROBERTS, R.N. 2; MARGARET GILBERT; TAMMY SCHOOLEY-ESKOTEE; SHANE L. EVANS, H.S.M. 2/C.P.M.; RYAN HERRINGTON, M.D./F.M.D.; KEITH PARRIS, H.S.M. 1/H.S.M. 2; DAN L. VAN OGLE; ROBERT SCHREIBER, A.D.A./C.P.M.; JAMIE NEWTON, R.N. 3; ERIN LYSTAD, P.A.C.; LEELAND ROGGE, M.D./I.M.E.; SASHA BANGS, P.A.C.; and DENNIS DAHNE,<br><br>               Defendants. | No. 3:20-CV-05288-SAB<br><br>**ORDER DISMISSING HEGGE THIRD AMENDED COMPLAINT** |

**ORDER DISMISSING HEGGE THIRD AMENDED COMPLAINT** # 1

Before the Court is Alvin Hegge's Third Amended Complaint, ECF No. 113. Mr. Hegge represents himself. Plaintiff is *pro se*. Defendants Kelly Downing, N'Tacia Montouge, Jodie M. Wright, Scott Light, Thomas L'Heureux, Sara Smith-Karinko, Sheridan Roberts, Margaret Gilbert, Tammy Schooley-Eskotee, Shane L. Evans, Ryan Herrington, Keith Parris, Dan. L. Van Ogle, Robert Schreiber, Jamie Newton, and Erin Lystad are represented by Sarah Brisbin. Defendants Leeland Rogge, Sasha Bangs and Dennis Dahne have not made appearances. The amended complaint was considered without oral argument.

Alvin Hegge was terminated from the above-captioned case on November 5, 2021, ECF No. 39,[1] and is not a party to this case. The operative complaint is the Third Amended Complaint, ECF No. 42.

Accordingly, **IT IS HEREBY ORDERED:**

1. Alvin Hegge's Third Amended Complaint, ECF No. 113, is **DISMISSED with prejudice**. His other related filings—the refiled Third Amended Complaint, ECF No. 114, and Proposed Third Amended Complaint, ECF Nos. 106 and 111—are **STRICKEN as moot**.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to *pro se* Plaintiff, counsel, and Alvin Hegge.

**DATED** this 23rd day of January 2024.

_____
Stanley A. Bastian
United States District Judge

---

[1] Hegge's appeal to the Ninth Circuit Court of Appeals was dismissed on June 10, 2022. ECF No. 44 and 79.

**ORDER DISMISSING HEGGE THIRD AMENDED COMPLAINT** # 2