UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY SCOTT ZIEGLER,<br><br>            Plaintiff,<br><br>    v.<br><br>KELLY DOWNING, correctional officer; N'TACIA MONTOUGE, correctional officer; JODIE M. WRIGHT; SCOTT LIGHT, P.A.C.; THOMAS L'HEUREUX; SARA SMITH-KARINKO, M.C.; SHERIDEN ROBERTS, R.N. 2; MARGARET GILBERT; TAMMY SCHOOLEY-ESKOTEE; SHANE L. EVANS, H.S.M. 2/C.P.M.; RYAN HERRINGTON, M.D./F.M.D.; KEITH PARRIS, H.S.M. 1/H.S.M. 2; DAN L. VAN OGLE; ROBERT SCHREIBER, A.D.A./C.P.M.; JAMIE NEWTON, R.N. 3; ERIN LYSTAD, P.A.C.; LEELAND ROGGE, M.D./I.M.E.; SASHA BANGS, P.A.C.; and DENNIS DAHNE,<br><br>            Defendants. | No. 3:20-CV-05288-SAB<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL** |

**ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL** # 1

Before the Court is *pro se* Plaintiff's Response to A.A.G.'s Response Objecting to Motion to Plaintiff's Motion to Show Cause and Motion to Enjoin C.O. Nathan Montambo, Motion for Appointment of Counsel, ECF No. 99. Defendants Kelly Downing, N'Tacia Montouge, Jodie M. Wright, Scott Light, Thomas L'Heureux, Sara Smith-Karinko, Sheridan Roberts, Margaret Gilbert, Tammy Schooley-Eskotee, Shane L. Evans, Ryan Herrington, Keith Parris, Dan. L. Van Ogle, Robert Schreiber, Jamie Newton, and Erin Lystad are represented by Sarah Brisbin. Defendants Leeland Rogge, Sasha Bangs and Dennis Dahne have not made appearances.

The Motion for Appointment of Counsel was considered without oral argument. Having reviewed the motion and applicable caselaw, the Court denies the motion. The Court lacks a pool of attorneys available to appoint on a voluntary basis to assist Plaintiff with his case. Plaintiff also has demonstrated that he is able to articulate the factual basis of his claims; he has not demonstrated his claims are extraordinarily complex, in light of the legal issues involved.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Response to A.A.G.'s Response Objecting to Motion to Plaintiff's Motion to Show Cause and Motion to Enjoin C.O. Nathan Montambo, Motion for Appointment of Counsel, ECF No. 99, is **DENIED**.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to *pro se* Plaintiff and counsel.

**DATED** this 25th day of January 2024.

_____
Stanley A. Bastian
United States District Judge

**ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL** # 2