UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY SCOTT ZIEGLER,<br><br>            Plaintiff,<br><br>     v.<br><br>KELLY DOWNING, correctional officer; N'TACIA MONTOUGE, correctional officer; JODIE M. WRIGHT; SCOTT LIGHT, P.A.C.; THOMAS L'HEUREUX; SARA SMITH-KARINKO, M.C.; SHERIDEN ROBERTS, R.N. 2; MARGARET GILBERT; TAMMY SCHOOLEY-ESKOTEE; SHANE L. EVANS, H.S.M. 2/C.P.M.; RYAN HERRINGTON, M.D./F.M.D.; KEITH PARRIS, H.S.M. 1/H.S.M. 2; DAN L. VAN OGLE; ROBERT SCHREIBER, A.D.A./C.P.M.; JAMIE NEWTON, R.N. 3; ERIN LYSTAD, P.A.C.; LEELAND ROGGE, M.D./I.M.E.; SASHA BANGS, P.A.C.; and DENNIS DAHNE,<br><br>            Defendants. | No. 3:20-CV-05288-SAB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATIONS; GRANTING LEAVE TO FILE AN AMENDED COMPLAINT** |

**ORDER ADOPTING REPORT AND RECOMMENDATIONS; GRANTING LEAVE TO FILE AN AMENDED COMPLAINT** # 1

1 | Before the Court is Magistrate Judge Theresa Fricke's Report and Recommendation, ECF No. 100. Plaintiff appears *pro se*. Defendants Kelly Downing, N'Tacia Montouge, Jodie M. Wright, Scott Light, Thomas L'Heureux, Sara Smith-Karinko, Sheridan Roberts, Margaret Gilbert, Tammy Schooley-Eskotee, Shane L. Evans, Ryan Herrington, Keith Parris, Dan. L. Van Ogle, Robert Schreiber, Jamie Newton, and Erin Lystad are represented by Sarah Brisbin. Defendants Leeland Rogge, Sasha Bangs and Dennis Dahne have not made appearances.

The Report considers Plaintiff's Motion to Enjoin Nathan Montabo [Montambo], Previously Identified as CO Montouge, ECF No. 92, and interprets the motion as a motion for leave to amend the complaint. Having reviewed the Report, objections, and the record, the Court adopts the Report and Recommendation in part, denies the request to add Nathan Montambo as a defendant, and grants leave to amend the complaint.

//
//
//
//
//
//
//
//
//
//
//
//
//
//

**ORDER ADOPTING REPORT AND RECOMMENDATIONS; GRANTING LEAVE TO FILE AN AMENDED COMPLAINT # 2**

Accordingly, **IT IS HEREBY ORDERED:**

1. The Court **ADOPTS** the Report and Recommendation, ECF No. 100, in part.

2. Plaintiff's Motion to Enjoin Nathan Montabo [Montambo], ECF No. 92, is **DENIED without prejudice**. Mr. Montambo shall not be added as a defendant.

3. The Court **GRANTS** Plaintiff leave to file an amended complaint.

4. Plaintiff shall file any amended complaint on or before **March 11, 2024**.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to *pro se* Plaintiff and counsel.

**DATED** this 26th day of January 2024.

_____
Stanley A. Bastian
United States District Judge

**ORDER ADOPTING REPORT AND RECOMMENDATIONS; GRANTING LEAVE TO FILE AN AMENDED COMPLAINT # 3**