|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | UNITED STATES DISTRICT COURT | |
| 7 | WESTERN DISTRICT OF WASHINGTON | |
| 8 | | |
| 9 | JEFFREY SCOTT ZIEGLER, | |
| 10 | Plaintiff, | No. 3:20-CV-05288-SAB |
| 11 | v. | |
| 12 | KELLY DOWNING, correctional officer; | **AMENDED JURY TRIAL** |
| 13 | N'TACIA MONTOUGE, correctional | **SCHEDULING ORDER** |
| 14 | officer; JODIE M. WRIGHT; SCOTT | |
| 15 | LIGHT, P.A.C.; THOMAS L'HEUREUX; | |
| 16 | SARA SMITH-KARINKO, M.C.; | |
| 17 | SHERIDEN ROBERTS, R.N. 2; | |
| 18 | MARGARET GILBERT; TAMMY | |
| 19 | SCHOOLEY-ESKOTEE; SHANE L. | |
| 20 | EVANS, H.S.M. 2/C.P.M.; RYAN | |
| 21 | HERRINGTON, M.D./F.M.D.; KEITH | |
| 22 | PARRIS, H.S.M. 1/H.S.M. 2; DAN L. | |
| 23 | VAN OGLE; ROBERT SCHREIBER, | |
| 24 | A.D.A./C.P.M.; JAMIE NEWTON, R.N. | |
| 25 | 3; ERIN LYSTAD, P.A.C.; LEELAND | |
| 26 | ROGGE, M.D./I.M.E.; SASHA BANGS, | |
| 27 | P.A.C.; and DENNIS DAHNE, | |
| 28 | Defendants. | |

**AMENDED JURY TRIAL SCHEDULING ORDER** \* 1

In the Report and Recommendations, ECF No. 100, the Court struck the deadlines noted in the partial Scheduling Order, ECF No. 91. The Court now resets the deadlines for Motions to Amend Pleadings or Add Parties and for Dispositive Motions.

Accordingly, **IT IS ORDERED:**

### MOTION DEADLINES

**1.    Motions to Amend Pleadings or Add Parties**. Any motion to amend pleadings or add named parties shall be filed and served by **March 11, 2024**.

**2.    Dispositive Motions.** All dispositive motions shall be filed and served on or before **May 28, 2024**.

### MODIFICATIONS

**3.    Good Cause.** Pursuant to Rule 16 of the Federal Rules of Civil Procedure, this schedule shall not be modified unless the Court finds good cause to grant leave for modifications.

**4.    Length of Memoranda.** The parties shall follow the page limit requirements of Local Rule 7(e) for all motions and pleadings. As noted in Local Rule 7(f), motions for leave to exceed page limits are strongly disfavored and will be granted only in extraordinary circumstances.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to *pro se* Plaintiff and counsel.

**DATED** this 26th day of January 2024.

_____
Stanley A. Bastian
United States District Judge

**AMENDED JURY TRIAL SCHEDULING ORDER * 2**