UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY SCOTT ZIEGLER,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CORRECTIONAL INDUSTRIES, et al.,<br><br>　　　　　　　Defendants. | No. 3:20-CV-05288-SAB<br><br>**ORDER DISMISSING AS MOOT PLAINTIFF'S MOTION FOR PREPARATION OF DOCUMENTS** |

　　　Before the Court is Plaintiff's Motion for Preparation of Documents for Preparation of Plaintiff's Court Documents/Exhibits/Attachments, et al., to be Sent to U.S. Court of Appeals for the Ninth Circuit, ECF No. 139. The motion was considered without oral argument.

　　　The Ninth Circuit Court of Appeals has access to the District Court record and no transcripts were created for this case. As such, Plaintiff's motion is unnecessary.

//
//
//
//
//

**ORDER DISMISSING AS MOOT PLAINTIFF'S MOTION FOR PREPARATION OF DOCUMENTS** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Preparation of Documents for Preparation of Plaintiff's Court Documents/Exhibits/Attachments, et al., to be Sent to U.S. Court of Appeals for the Ninth Circuit, ECF No. 139, is **DISMISSED as moot**.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to *pro se* Plaintiff and counsel.

**DATED** this 25th day of September 2024.

_____
Stanley A. Bastian
United States District Judge

**ORDER DISMISSING AS MOOT PLAINTIFF'S MOTION FOR PREPARATION OF DOCUMENTS # 2**